**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Luis P.,

Petitioner,

v.

Todd Blanche, Attorney General; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; David Venturella, Acting Director of Immigration and Customs Enforcement; and David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement,

Respondents.

Civ. No. 26-4172 (PAM/SGE)

**ORDER**

---

This matter is before the Court on Petitioner Luis P.'s Notice of Voluntary Dismissal. (Docket No. 24.) Petitioner's counsel informed the Court that Petitioner was granted voluntary departure from the United States and is no longer in custody.

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 30, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge