# UNITED STATES DISTRICT COURT
## District of Minnesota

Luis Humberto Pilatuna Gualoto,

Petitioner,

v.

Todd Blanche, Markwayne Mullin, David Easterwood, David Venturella,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-4172 PAM/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED with prejudice**.

Date: 10/1/2026

KATE M. FOGARTY, CLERK